UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
STEWART GOLDSTEIN,

                                  Plaintiff,        **STIPULATION OF**
                                                              **DISCONTINUANCE**

    -against-

POLICE OFFICER DARNELL EASON (TRIBORO        Docket #: 17-CV-5994
BRIDGE AND TUNNELS TAX REG #589698),
OFFICER LOPEZ (TRIBORO BRIDGE AND
TUNNELS), SGT. ANTHONY POWELL (TRIBORO
BRIDGE AND TUNNELS TAX # 601069), OFFICER
HOWARD (TRIBORO BRIDGE AND TUNNELS),
JOHN DOE and THE CITY OF NEW YORK,

                                Defendants.
----------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all the respective parties hereto, that all claims that have been brought or could have been brought in this action are hereby discontinued with prejudice and without costs to any party; and.

       IT IS FURTHER STIPULATED AND AGREED that the above-captioned lawsuit brought by plaintiff Stewart Goldstein is hereby settled in an amount agreed upon by the parties herein and set forth in a separate general release; and

       IT IS FURTHER STIPULATED AND AGREED that the amount constituting the settlement resolves all claims of the plaintiff named herein and resolves any and all claims for attorneys' fees incurred in the prosecution of the action.

Dated: New York, New York
       May 24, 2019

| | |
|---|---|
| BARRY McTIERNAN & MOORE LLC<br>Attorneys for Defendants<br>101 Greenwich Street – 14th Floor<br>New York, New York 10006<br>(212) 313-3600<br><br>_____<br>DAVID H. SCHULTZ (DS 1365) | LAW OFFICE OF TAMARA M. HARRIS<br>Attorneys for Plaintiff<br>111 Broadway, Suite 706<br>New York, New York 10006<br>~~(212) 334-1050~~ 646-960-2057<br><br>_____<br>TAMARA M. HARRIS |

SO ORDERED:

_____